Argued July 19, modified August 1, 1916.

## WOLFE *v*. MARION COUNTY.

(159 Pac. 558.)

From Marion: WILLIAM GALLOWAY, Judge.

In Banc.   Statement PER CURIAM.

This is an application by Eva Maud Wolfe for a widow's pension, opposed by county of Marion of State of Oregon, from the judgment rendered, applicant appeals.           MODIFIED.

For appellant there was a brief with oral arguments by *Mr. Walter L. Tooze, Jr.,* and *Mr. Glenn O. Holman.*

For respondent there was a brief over the names of *Mr. George G. Bingham* and *Mr. Ernest R. Ringo,* District Attorney, with an oral argument by *Mr. Bingham.*

Opinion Per Curiam.

This case is similar in all respects to the case of *Finley* v. *Marion County, ante,* p. 294 (159 Pac. 557), and will take the same course.      Modified.

———————

Writ of *habeas corpus* allowed August 1, petitioner discharged August 2, 1916.